# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| LEONADUS L. EPHRON,<br>*Plaintiff(s)*<br><br>v.<br><br>BOND COUNTY HOUSING AUTHORITY,<br>*Defendant(s)* | Case Number:  13-cv-88-WDS-SCW |

## NOTICE OF IMPENDING DISMISSAL
## FOR WANT OF PROSECUTION

The record before the Court indicates that Plaintiff has failed to effectuate service upon the following Defendant as required by Federal Rule of Civil Procedure 4(m): Bond County Housing Authority, or that Defendant, having been served, failed to move, answer, or otherwise plead in response to the complaint.  Therefore, **NOTICE IS HEREBY GIVEN** that this case will be dismissed for want of prosecution unless action is taken within **21 days** from this date to effect service on Defendant or, if service was made and Defendant failed to respond to the complaint, to move for a clerk's entry of default under Federal Rule of Civil Procedure 55(a).

Dated:  January 28, 2014

NANCY J. ROSENSTENGEL, Clerk of Court

By:  *s/ Cheryl A. Ritter*
      Deputy Clerk