UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONADUS L. EPHRON,

    Plaintiff,

  v.

BOND COUNTY HOUSING AUTHORITY,

    Defendant.

Case No. 13-cv-88-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on the notice of impending dismissal warning plaintiff Leonadus L. Ephron that unless he took action within 21 days to effect service upon defendant Bond County Housing Authority, the Court would dismiss his case for want of prosecution. There is no evidence in the record Ephron has served the defendant.  Thus, as it warned it would, the Court **DISMISSES** this case without prejudice for want of prosecution and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   February 20, 2014**

                                      s/J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**